1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Perez-Cruz

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj0786 |
| 12                Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 **GUADALUPE PEREZ-CRUZ,** | ) | |
| 15                Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: March 14, 2008         s/ *Michelle Betancourt*
                                 **MICHELLE BETANCOURT**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 michelle_betancourt@fd.org