1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Perez-Cruz

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   Case No. 08mj0786
                                        )
12 |         Plaintiff,                 )
                                        )
13 | v.                                 )   PROOF OF SERVICE
                                        )
14 | **GUADALUPE PEREZ-CRUZ**,          )
                                        )
15 |         Defendant.                 )
                                        )

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         Assistant United States Attorney
           efile.dkt.gc1@usdoj.gov
21

22 Dated: March 14, 2008                        *s/ Michelle Betancourt*
                                                MICHELLE BETANCOURT
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
25                                              (619) 687-2666 (fax)
                                                e-mail: michelle_betancourt@fd.org
26

27

28